## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STACEY R. SMITH,                                )
               Plaintiff,            )
                           )          No. 1:16-cv-1381
-v-                                             )
                           )          Honorable Paul L. Maloney
GEORGE S. BUTH,                                 )
               Defendant.            )
_____)

### JUDGMENT

The Court has concluded that Stacey Smith's complaint fails to state a claim for which relief may be granted. All pending claims have been dismissed. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 25, 2017                                      /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge